IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL WADE KINCAID**  **PLAINTIFF**
a/k/a Daniel Thomas Rinck

v.    CASE NO. 4:25-CV-01122-BSM

**U.S. DEPARTMENT OF EDUCATION**
**and COLORADO TECHNICAL**
**UNIVERSITY ONLINE**    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE